IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY D. WARD,<br><br>Defendant, | Case No. 3:22-PO-00224 |

### REQUEST FOR LEAVE TO DISMISS PETTY OFFENSE CASE

The United States Attorney for the District of Wyoming requests leave of the court to dismiss and moves to dismiss without prejudice the petty offense count charged herein against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Said dismissal would be in the best interest of justice.

                                                   L. ROBERT MURRAY
                                                   United States Attorney

                         By:   _/s/ Michael J. Elmore_
                                        MICHAEL J. ELMORE
                                        Assistant United States Attorney

### LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE CASE

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense count charged herein without prejudice. The case is hereby dismissed without prejudice.

                         By: _____
                                 STEPHANIE A. HAMBRICK     DATE
                                 UNITED STATES MAGISTRATE JUDGE